IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KIM WEST, | ) | |
| Plaintiff, | ) | No. 14-cv-03317 |
| | ) | |
| vs. | ) | |
| | ) | |
| CALUMET PUBLIC SCHOOL DISTRICT 132, | ) | |
| Defendant. | ) | |

## JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, that this action shall be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, each party to bear its own costs and fees. Defendant shall not bring any motion for sanctions against Plaintiff.

On Behalf of Plaintiff:

_____
**CHEN KASHER, ESQ.**
**(ARDC No. 6308282)**
1307 E. 55th Street, Suite 1307
Chicago, IL 60637

On Behalf of Defendant:

/s/ Jacqueline M. Litra
_____
**JACQUELINE M. LITRA**
**(ARDC No. 06294432)**
**SCARIANO, HIMES AND PETRARCA, CHTD**
Two Prudential Plaza, Suite 3100
180 N Stetson
Chicago, Illinois 60601
(312) 565-3100 ext. 249

February 5, 2015